**Madlyn BELCHER, Petitioner,**

v.

**SOLDIERS' AND AIRMEN'S HOME, Respondent.**

No. 01–3324.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2002.

Before MAYER, Chief Judge, PAULINE NEWMAN and BRYSON, Circuit Judges.

Judgment

*AFFIRMED. See* Fed. Cir. R. 36.

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.